**5**

Stephen QUINN, Plaintiff-Appellant, v. COMPAGNIE GÉNÉRALE TRANSATLANTIQUE, Defendant-Appellee.

Circuit Court of Appeals, Second Circuit. January 9, 1928.

No. 73.

Appeal from the District Court of the United States for the Southern District of New York.

Simon N. Gazan, of New York City, for appellant.

Joseph P. Nolan, of New York City, for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.